**Order entered June 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01043-CR
### No. 05-18-01044-CR

**DEMARCUS WAYNE ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-40160-M, F17-47030-M**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the April 1, 2019 motion of John Tatum for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove John Tatum as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Demarcus Wayne Allen, TDCJ No. 02218122, Terrell Unit, 1300 FM 655, Rosharon, Texas, 77583.

/s/     KEN MOLBERG
          JUSTICE